■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS AMARO, Appellant.—Judgments, Supreme Court, Bronx County (Burton Hecht, J.), both rendered on January 15, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Sullivan, Milonas and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN DEJESUS, Appellant.—Judgment, Supreme Court, New York County (Clifford Scott, J.), rendered on October 3, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Concur—Murphy, P. J., Kupferman, Sullivan, Milonas and Smith, JJ.